UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

Timothy E. Lando, Jr.

            Plaintiff,

    -against-

Annucci, et. al.,
            Defendant.
------------------------------------------------- X

Case No. 18-CV-1472

Judge: TJM/TWD

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET: Port Lodge Motel, 7351 NY-3

CITY: Pulaski     STATE: N.Y.

ZIP CODE: 13142     TELEPHONE NO: _____

IF APPLICABLE:

PRISON: _____     PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: May 14, 2020

DATED: May 7, 2020

Timothy E. Lando, Jr.
SIGNATURE

Timothy E. Lando, Jr.
PRINTED NAME

Marcy C.F. PO Box 3600
PRESENT ADDRESS

Marcy, N.Y. 13403

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF ONEIDA)  SS.:

I, Timothy E. Lando, Jr., being first duly sworn, deposes and says that:

I have served true and exact copies of the foregoing documents: Address Change

By placing same in a postage paid and properly addressed wrapper and depositing same in a United States Postal Box under the exclusive care and Custody of the New York State Department of Corrections and Community Supervision, within the Marcy Correctional Facility, to be served upon the below listed person(s):

Letitia James
Attorney General
of the State of New York
The Capitol
Albany, N.Y. 12224

Hon. Thomas J. McAvoy
U.S. District Court
P.O. Box 7367
100 S. Clinton St.
Syracuse, N.Y. 13261

Yours Etc.,

Timothy E. Lando, Jr.

Marcy Correctional Facility
Box 3600
Marcy, New York 13403-3600

SWORN to before me on
this ____ day of _____, 20____.

_____
NOTARY PUBLIC

IN ABSENCE OF NOTARY

IN THE MATTER OF: Lando v. Annucci, et al.   18-CV-1472 TJM/TWD

STATE OF NEW YORK

COUNTY OF Oneida   ss:

I, Timothy E. Lando, Jr., the Plaintiff in the above stated matter, hereby declare under penalty of perjury, pursuant to 28 USC § 1746; and People v. Sullivan, 56 NY.2d 378; 452 NYS.2d 373(1982); Penal Law §§ 210.40 and 210.45 that:

    I understand that false statements made in the foregoing document(s) are punishable as a Class-A Misdemeanor, pursuant to 28 USC § 1746 of the United States Criminal Code; and New York State Penal Law §§ 210.40 and 210.45. I further declare that the statements made in the foregoing documents, submitted in the above stated proceedings, are true and correct to the best of my knowledge, information and belief, and that I do believe them to be true and correct under penalty of perjury.

Dated: May 7, 2020

_Timothy E. Lando, Jr._
Signature of Declarant

Timothy E. Lando, Jr.
Print or type name