UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN M. DOMURAD
Clerk

DAN MCALLISTER
Chief Deputy

James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

## NOTICE OF CHANGE OF ADDRESS

CASE NUMBER: __18-CV-1472__

I, __Timothy E. Lando, Jr.__, have changed my mailing address. Please file this notice in case(s): __Lando V. Annucci, et., al.__ .

My new address is:

866 Co. Rt. 30

Altmar, N.Y. 13302

Date: __May 19, 2020__

Name: __(signature)__ Timothy E. Lando, Jr.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 21 2020
AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Timothy E. Lando, Jr.
866 Co. Rt. 30
Altmar, N.Y. 13302



U.S. District Court
Northern District of
New York
P.O. Box 7367
100 S. Clinton St.
Syracuse, N.Y. 13261-7367

ATTN: Court Clerk