Timothy E. Lando Jr.
23 Volney St. Apt 1
Phoenix, N.Y. 13135

United States District Court
Northern District of New York
P.O. Box 7367
100 S. Clinton St.
Syracuse N.Y. 13261-7367     August 3, 2020

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 1 9 2020
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

RE: NOTICE OF CHANGE OF ADDRESS
    Case #: 9:18-CV-1472
    Lando V. Annucci

   I, Timothy E. Lando, Jr, have changed my mailing address. Please file this notice in case(s): Lando V. Annucci
   My new address is: 23 Volney St. Apt. 1
                      Phoenix, N.Y. 13135

dated August 3, 2020

                          Timothy E. Lando Jr.

cc: Letitia James
    Attorney General
    The Capitol
    Albany, N.Y. 12224-0341

Timothy E. Lando Jr
23 Volney St. Apt. 1
Phoenix, N.Y. 13135



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

AUG 19 2020

RECEIVED

United States District Court
Northern District of New York
P.O. Box 7367
100 S. Clinton St.
Syracuse, N.Y. 13261-7367

13261-921199