U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 29 2021
AT____O'CLOCK
John M. Domurad, Clerk - Syracuse

Timothy Lando Jr
Oswego County Corr. Fac.
39 Churchill Road
Oswego, N.Y. 13126

United States District Court
Northern District of New York
100 S. Clinton St
Syracuse, N.Y. 13261

April 25, 2021

RE: Lando V. Claudio, et al.,   Case # 9:18-CV-1472 TJM/TWD

Dear Clerk of the Court,

    Could you kindly, forward me an index of all the documents that has been submitted on the above-said matter
    Also, enclosed you will find my consent to Jurisdiction by a United States Magistrate Judge and order Reference.
    Furthermore, I also would like to inquire on the status of a motion for Counsel (appointment of counsel) that I had submitted.
    Thank you for your time and continued consideration in this matter. I look forward to your prompt response.

Respectfully,
Timothy E. Lando, Jr

Timothy Lando
Oswego County Correctional Facility
39 Churchill Road
Oswego, N.Y. 13126

SYRACUSE NY 130
27 APR 2021 PM 3 L



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
APR 29 2021
RECEIVED

United States District Court
Northern District of New York
100 S. Clinton St.
P.O. Box 7367
Syracuse, N.Y. 13261