# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

JOHN M. DOMURAD
Clerk

DAN MCALLISTER
Chief Deputy



James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

## NOTICE OF CHANGE OF ADDRESS

CASE NUMBER: 9:18-CV-01472

I, Timothy Lando, have changed my mailing address. Please file this notice in case(s): Lando v. Claudio, et, al.

My new address is:

Wyoming Correctional Facility
P.O. Box 501
Attica, N.Y. 14011

Date: 6/16/21

Name: Timothy Lando
(signature)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 23 2021
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse

WYOMING CORRECTIONAL FACILITY
P.O. BOX 501
ATTICA, N.Y. 14011-0501

NAME: Timothy Lando    DIN: 06A5781



WYOMING

CORRECTIONAL FACILITY



NEOPOST
06/21/2021
US POSTAGE $000.51⁰

ZIP 14011
041M11284570

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUN 23 2021

RECEIVED

U.S. District Court
P.O. Box 7367
100 S. Clinton St.
Syracuse, N.Y. 13261-7367

Legal Mail