# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) SS.:
COUNTY OF ONEIDA )

Timothy E. Lando, Jr., being duly sworn, hereby deposes and says:

That on this 15th day of December, 20 19, I served the within Notice of Motion, Motion for leave to file an Amendment Complaint, Amended Complaint and copy of Of original Complaint upon the individual(s) listed below, by placing true and exact copies of the same in properly addressed envelopes and depositing the same into the mail receptacle at the Marcy Correctional Facility to be mailed via the United States Postal Service to said party/parties listed below:

Letita James
Attorney General
The Capitol
Albany, N.Y. 12224

Hon. Thomas J. McAvoy
U.S. District Court
P.O. Box 7367, 100 S. Clinton St.
Syracuse, N.Y. 13261

_____
Timothy E. Lando, Jr.
Deponent

Sworn to before me

this ____ day of _____, 20____

_____
Notary Public of State of New York

## OATH PURSUANT TO THE UNAVAILABILITY OF NOTARY SERVICE

Since notary service is temporarily unavailable to me here at Marcy Correctional Facility, the place of my incarceration. I, __Timothy E. Lando, Jr.__, declare, verify, and affirms under penalty of perjury that the declarations in the attached document(s) are true and correct based on my personal knowledge. Further, I respectfully request the Court accept this oath *nunc pro tunc*. See *Raynor v. Raynor*, 279 App.Div. 671 (2d Dept. 1951); 28 U.S.C.A. § 1746.

The signing of this/these document(s)

__Notice of motion, Motion for leave to file an Amendment Complaint__
NAME OF DOCUMENT

__Amended Complaint, Copy of original Complaint__
NAME OF DOCUMENT

__Affidavit of Service__
NAME OF DOCUMENT

Was/Were witnessed by the following three persons who are over 18 years of age:

__Jory Smith   15-B-3710__        _[signature]_         __12/15/19__
NAME (PRINT) DIN#                  SIGNATURE              DATE

__Adam Voymas   06B0787__         _[signature]_         __12/15/19__
NAME (PRINT) DIN#                  SIGNATURE              DATE

__Wayne Speck__                   _[signature]_         __12-15-19__
NAME (PRINT) DIN#                  SIGNATURE              DATE