Timothy E. Lando, Jr. #06A5781
Wyoming Correctional Facility
P.O. Box 501
Attica, N.Y. 14011-0501

U.S. District Court
P.O. Box 7367
100 S. Clinton Street
Syracuse, N.Y. 13261-7367

October 12, 2021



Re: Lando v. Claudio, et., al.
    Northern District of New York
    18-CV-1472 TJM/TWD

Dear Magistrate Judge Therese Wiley Dancks,

   **PLEASE TAKE NOTICE**, that plaintiff Timothy E. Lando, Jr., new address as of October 18, 2021 will be 2144 Rabbit Lane, Phoenix, N.Y. 13135.

   Thank you for your time and continued consideration in this very important matter.

Respectfully Submitted,

*Timothy E. Lando, Jr.*
Timothy E. Lando, Jr. pro se

cc:copy